tion of the appellees to affirm the decree herein, and for an award of damages pursuant to § 878, Title 28, U. S. Code, is denied. The appeal in this cause is dismissed for the want of a substantial federal question. *Missouri Pacific R. Co.* v. *Western Crawford Road Improvement District,* 266 U. S. 187; *Miller & Lux* v. *Sacramento & San Joaquin Drainage District,* 256 U. S. 129; *Houck* v. *Little River Drainage District,* 239 U. S. 254. *Messrs. Wm. H. Watkins* and *A. F. Gardner* for appellants. *Messrs. Julian C. Wilson* and *Walter P. Armstrong* for appellees.

No. 64. THOMAS ET AL. *v.* RABB. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Charles L. Morgan* for appellants. No appearance for appellee.

No. 243. DUNNE *v.* MARYLAND. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. E. Barrett Prettyman* and

*Preston C. King, Jr.,* for appellant. *Mr. Wm. Preston Lane, Jr.,* for appellee.

No. 266. Stearns, Receiver, et al. *v.* Lorenz et al. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. Charles O. Pengra* and *Weld A. Rollins* for appellants. *Mr. John J. McDonald* for appellees.

No. 123. S. S. Kresge Co. *v.* Bennett, Attorney General of New York, et al. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* Decree affirmed. *Gorham Mfg. Co.* v. *State Tax Commission,* 266 U. S. 265, 269, 270. *Mr. Edward K. Hanlon* for appellant. *Mr. Wendell P. Brown* for appellees.

No. 135. American Airways, Inc. *v.* Wallace, Comptroller of Tennessee, et al. Jurisdictional statement submitted September 15, 1932. Decided October 10, 1932. *Per Curiam:* The order denying interlocutory injunction is affirmed. *Alabama* v. *United States,* 279 U. S. 229, 231; *United Fuel*